# United States District Court
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                          Case No.: 8:18-CR-215-T-33-CPT

JOSE ALEJANDRO VELIZ SUAREZ.
_____\

**MR. VELIZ SUAREZ' SENTENCING MEMORANDUM**

**COMES NOW,** the Defendant Jose Alejandro Veliz Suarez (hereinafter "Mr. Veliz Suarez"), by and through his undersigned counsel, and submits this his Sentencing Memorandum requesting that this Honorable Court sentence him to 120 months incarceration, and in support thereof would state:

**INTRODUCTION TO MR. VELIZ SUAREZ**

Mr. Veliz Suarez lived a simple life compared to the average American. He worked hard for his family, doing construction work. He even helped build the electrical power plant near his home. Once it was built he could not work there because he had no certificate or formal education in electricity.

Mr. Veliz Suarez has been with his wife Dexie Marlene Masias Muryo for 23 years, and has been married to her for 11 years. They have four children. The oldest, Genesis is 21 years old. Alejandra is 19 years old, Jandri is 15 years old, and the youngest, Nicole is 12 years old.

Mr. Veliz Suarez was raised by his Mother and an extremely abusive step-father who physically abused his Mother. The step-father's abuse and his habit of spending money drinking

1

and gambling caused Mr. Veliz Suarez to leave home at the age of 11 to pursue work. His biological Father never acknowledged him.

Mr. Veliz Suarez' foremost concern is that he be allowed to work to send money home to his family. He welcomes the opportunity to learn English and hopes to participate in any construction training, especially any that would allow him to earn a certificate in electricity.

## PROCEDURAL POSTURE

The Initial Appearance was held on May 7, 2018, and by June 25, 2018, Mr. Veliz Suarez had already appeared in court to change his Plea to guilty. He has remained in custody since initially detained.

The final Presentence Report has not been released as yet, but it is assumed it will correct the minor items Mr. Veliz Suarez addressed. Mr. Veliz Suarez also assumes the Probation Office will not agree with his assertion that he should receive an adjustment for his role. These issues are addressed herein. Sentencing is scheduled for September 27, 2018.

## THE OFFENSE FACTS

The facts of the offense are correctly summarized in the initial Presentence Report (PSR). Mr. Veliz Suarez is not attempting to minimize the severity of this offense. Simply put, Mr. Veliz Suarez acknowledges that the government could prove all the allegations in the facts related by the government at the change of plea hearing. However, he understandably had no knowledge of the government's conduct detailed in the PSR.

## ARGUMENT/REASONING

Mr. Veliz Suarez believes an 87 month sentence would be reasonable for his minimal role in the offense. He acknowledges that, at this time, the Court is bound by the minimum

mandatory sentence of 120 months. He respectfully requests that the Court to find that, but for the minimum mandatory, Mr. Veliz Suarez would receive an adjustment for his role in the offense, and receive a sentence of 87 months.

Further, Mr. Veliz Suarez respectfully requests, should this Honorable Court find that his guideline sentence is above the 120 month minimum mandatory, that he receive departures and/or variances so the Court may sentence him to 120 months. Mr. Veliz Suarez was one of a group of individuals indicted and the least culpable of them all. Mr. Veliz Suarez is not a dangerous person and there is no need to protect the public from him. Mr. Veliz Suarez accepted responsibility and pled guilty almost immediately. Mr. Veliz Suarez had an unusually difficult childhood, but has done the best he could to rise above his challenges. Mr. Veliz Suarez is a devoted family man, with a wife and children. Three of these issues deserve additional attention.

1. MINOR ROLE

Mr. Veliz Suarez respectfully requests that this Honorable Court grant him an adjustment for his minimal role in the offense. He was just a body on the boat. He had no supervisory responsibilities, no knowledge of the buyers or the sellers, no knowledge of the scope of the criminal enterprise, no stake in the profits, and was just there.

While no names are available, buyers and sellers are certainly identifiable and discernable from the evidence available to the court, as are the organizers/recruiters, trip planners, and those who purchase and supply the boats. Comparing Mr. Veliz Suarez to only the co-defendants defies logic by implying no other participants exist. Mr. Veliz Suarez was similar to a "mule" only his mode of transportation was different.

Mr. Veliz Suarez is aware the Court will most likely impose a minimum mandatory sentence and that should the Court make the determination that Mr. Veliz should receive a four level adjustment for his role, he would still receive the minimum mandatory sentence of 120 months. He is also aware that he did not provide any information to the government so he will not be receiving a Motion for Substantial Assistance. However, even though he did not sign a Plea Agreement or co-operate, having the role adjustment issue resolved now could be of significant benefit to him in the future. Should the government file a Motion pursuant to Rule 35 at some point in the future, and ask that Mr. Veliz Suarez waive his right to a hearing, the adjustment for a minor role will already be determined.

## 2. ABERRANT BEHAVIOR/NO PRIOR CONVICTIONS

The PSR prepared for Mr. Veliz Suarez is quite short. He has no criminal history and no previous arrests. He asserts he has never been in trouble before. There is no need to protect the public from Mr. Veliz Suarez even if he were to remain here. In his case, he will welcome deportation once his sentence is completed.

## 3. ACCEPTANCE OF RESPONSIBILITY/SAFETY VALVE

Mr. Veliz Suarez respectfully requests that this Honorable Court grant him the benefit of a three level reduction for acceptance of responsibility, and the reduction under 5C1.2, as is in the original PSR. Mr. Veliz Suarez changed his plea to guilty within a few short weeks of his initial appearance. The government had no need to prepare for trial. Even though the Court had ordered the defendants to have their pleas held prior to June 27, 2018, Doc #37, the co-defendants did not change their pleas until August and are not scheduled to be sentenced until November.

In response to the government's objections, Mr. Veliz Suarez maintains he would have talked with the government if he had any helpful information. Unfortunately he had/has no such information. He met all the other criteria for the reduction; the fact that he had nothing to offer should not preclude him from receiving the benefit of this small reduction which will only bring him down to the 120 months. (This Memorandum is being written prior to the receipt of the revised PSR. Mr. Veliz Suarez is currently being detained in Citrus County. Once the revised PSR is received, undersigned counsel will meet with him and discuss this issue further.)

## SENTENCING RECOMMENDATION

Mr. Veliz Suarez respectfully requests that this Honorable Court find that the grounds above qualify Mr. Veliz Suarez for variances and/or departures, either alone or in combination with each other. Mr. Veliz Suarez acknowledges this was a serious offense, and asserts a sentence of 120 months would be reasonable and "sufficient, but not greater than necessary". 18 U.S.C. §3553(a) at this time.

Sending money home to his family is the most important thing to Mr. Veliz Suarez, so he is requesting that he be sent to a facility which allows him to work. He would also like to learn English and receive training and earn all the certificates available to him that relate to construction, especially electricity. Undersigned counsel researched, at Mr. Veliz Suarez' request, facilities in Oklahoma and one appears to meet the above criteria.

## CONCLUSION

This Honorable Court is faced with circumstances in this case where it has the sound discretion to work justice as it finds appropriate and Mr. Veliz Suarez respectfully requests and prays that this Honorable Court will find his requests fair and just. For the reasons stated above, Mr. Veliz Suarez respectfully requests that this Honorable Court sentence him to 120 months at

this time. In addition, Mr. Veliz Suarez respectfully requests that this Honorable Court find that he qualifies for a minor role adjustment. This would only take effect should he receive the benefit of a Rule 35 in the future or another benefit which allows the Court to sentence below the minimum mandatory. By the sentencing date, he will have been detained for approximately four months.

                                      Respectfully submitted,

                                      *Donna Kay Rose*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 17, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Assistant United States Attorney DeRenzo, and all other counsel/parties of record.

                                      *Donna Kay Rose*
                                      Donna Kay Rose
                                      Law Office of Donna Kay Rose, P.A.
                                      P.O. Box 365
                                      Clearwater, FL 33757
                                      Phone:  (727) 443-2999
                                      E-mail: floridaadoptionlaw@yahoo.com
                                      Fla.  Bar No.  0157104
                                      Counsel for Defendant Mr. Veliz Suarez